```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TRINITAS MARITIME CARRIERS,
                                              06 CV

                    Plaintiff,

        -against-                             RULE 7.1 STATEMENT

CSN CAYMAN LTD.,

                    Defendant.
------------------------------------X
```

Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for plaintiff, TRINITAS MARITIME CARRIERS, certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of TRINITAS MARITIME CARRIERS.

Dated:  New York, N.Y.
        September 20, 2006

_____
EDWARD A. KEANE (EK 1398)