79-07/WLJ

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendants CSN Cayman Ltd.
and Companhia Siderùrgica Nacional
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
William L. Juska, Jr. (WJ0772)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
TRINITAS MARITIME CARRIERS,

     Plaintiff,

  -against -

CSN CAYMAN LTD. and COMPANHIA
SIDERùRGICA NACIONAL,

     Defendants.
---------------------------------------------------------------

06 Civ. 7590 (PKL)

NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that Freehill, Hogan & Mahar LLP hereby enters a general appearance on behalf of Defendants CSN Cayman Ltd. and Companhia Siderùrgica Nacional in the captioned action; and,

  PLEASE TAKE FURTHER NOTICE that all pleadings and papers in connection with the subject action should be served on Freehill, Hogan & Mahar LLP at the address indicated below, as counsel for CSN Cayman Ltd. and Companhia Siderùrgica Nacional. We certify that we are admitted to practice in this Court.

Dated: New York, New York
   April 2, 2007

            FREEHILL HOGAN & MAHAR, LLP
            Attorneys for Defendants

         By: _/s/ William L. Juska_____
            William L. Juska, Jr. (WJ0772))
            80 Pine Street
            New York, NY 10005
            (212) 425-1900
            (212) 425-1901 fax

TO:   Mahoney & Keane, LLP
      Attn:  Edward A. Keane, Esq./Jorge A. Rodriguez, Esq.
      ekeane@mahoneykeane.com; jrodriguez@mahoneykeane.com