STATE OF NEW YORK )
                            ss.
COUNTY OF NEW YORK)

    I, CLARE MAZZA, being sworn, say; I am not a party to the action, am over 18 years of age and reside at 80 Pine Street, New York, New York 10005. On April 2, 2007 I served the within NOTICE OF APPEARANCE by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:  Mahoney & Keane, LLP
      Attorney for Plaintiff
      111 Broadway, Tenth Floor
      New York, NY 10006
      Tel: 212-386-1422
      Attn: Edward A. Keane, Esq./Jorge A. Rodriguez, Esq.

                                          _____
                                          CLARE MAZZA

Sworn to before me on
this 2ND DAY OF April, 2007

_____
    Notary Public

HAZEL S. ROSENTHAL
Notary Public, State of New York
No. 01RO4641178
Qualified in Queens County
Certified in New York County
Commission Expires Dec. 31, 2010

NYDOCS1/271113.1