Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*

Jorge A. Rodriguez*†

Of Counsel
Stephen J. Murray

*Also admitted in NJ
†Also admitted in CT

## MAHONEY & KEANE, LLP

*Attorneys at Law*
*111 Broadway, Tenth Floor*
*New York, New York 10006*
Telephone (212) 385-1422
Facsimile (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252

**MEMO ENDORSED**

April 3, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/07

Honorable Peter K. Leisure
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Trinitas Maritime Carriers v. CSN Cayman Ltd.*
USDC/SDNY, 06 CV 7590
Our File No. 67/3321

Honorable Sir:

We write as counsel for Plaintiff, TRINITAS MARITIME CARRIERS, in the above-referenced matter, for which there is an appearance scheduled on April 5, 2007 at 10:30 A.M.

Very recently Defendants COMPANHIA SIDERÚRGICA NACIONAL and CSN CAYMAN LTD. appointed Messrs. FREEHILL HOGAN & MAHAR as counsel, with whom we have been in contact. After discussion between the parties, we believe that this matter may be subject to arbitration. In order to allow the parties to discuss possible arbitration, we request (1) that the Court place this matter in its suspense calendar, pending a status report, to be submitted by the parties within thirty days of the Court's order; or, alternatively, (2) that the Court adjourn the proceedings for thirty days. Defendant's counsel joins in this request. This is the second request for adjournment. One previous request was granted by the Court.

**MAHONEY and KEANE**

Thank you for your attention in this matter.

Respectfully submitted,

MAHONEY & KEANE, LLP.

By: *[signature]*
Edward A. Keane, Esq.

The parties' request for adjournment is granted. The parties ~~and~~ should report to the court as to their status prior to their next conference, now scheduled for May 24, 2007 @ 10:30.

4/04/07
SO ORDERED
*[signature]*
USDJ