UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/07

Trinitas Maritime Carriers

      -against-

CSN Cayman Ltd

------------------------------------

ORDER
OF SUSPENSE

06 cv 7590 (PKL)

LEISURE, District Judge:

    It is ORDERED that this action is transferred to the Suspense Docket of the Court subject to reinstatement on the calendar of the undersigned upon filing of a stipulation by the parties to the effect that they are prepared to actively litigate this cause. (pending arbitration)

Dated:  New York, New York
       May 30, 2007

                          _____
                                U.S.D.J.